**RECEIVED**

SEP 2 1 2020

**BY MAIL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____DIVISION

BEVERLY Ann JAckson-
       McDonald

Plaintiff(s),

v.    Muers Goodwill
       Industries

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED

YES ☐     NO ☐

Defendant(s). (Enter above the full name(s)
of all defendants in this lawsuit. Please
attach additional sheets if necessary.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.    This employment discrimination lawsuit is based on (check only those that apply):

✓    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. NOTE: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

✓    Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). NOTE: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

_____    Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. NOTE: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.
**NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

✓ Other (Describe) employment interferance every time I get employed sense 2006 they fire me for not being apart of the team sex team - they also interfer in my income

**PARTIES**

2. Plaintiff's name: Beverly Ann Jackson (McDonald)

   Plaintiff's address: 2700 Henrietta St. 208 #
   Street address or P.O. Box

   St. Louis Mo. 63104
   City/ County/ State/Zip Code

   314-465-3472
   Area code and telephone number

3. Defendant's name: Mees Goodwill Industri

   Defendant's address: 10125 Watson Rd
   Street address or P.O. Box

   St Louis Mo. 63127
   City/County/State/ Zip Code

   314-965-0090        314-241-3464
   Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4.    If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

10125 Watson Rd Sunset Hills Ma 63127

(Street Address)        (City/County)        (State)    (Zip Code)

5.    When did the discrimination occur?  Please give the date or time period:

Around November 6 2019 and 11-18-2019

## ADMINISTRATIVE PROCEDURES

6.    Did you file a charge of discrimination against the defendant(s) with the Missouri

Commission on Human Rights?

I filed with other charges it in there gave *Coerced* Cant Loeate the letter been more than 60 days The Dates

[✓] Yes   Date filed: 10-29-19
          9-26-19
          8-24-19

[ ] No

18-29-19

7.    Did you file a charge of discrimination against the defendant(s) with the Equal

Employment Opportunity Commission or other federal agency?

[✓] Yes   Date filed: 3-16-2020

[ ] No

8.    Have you received a Notice of Right-to-Sue Letter?

[✓] Yes                    [ ] No

If yes, please attach a copy of the letter to this complaint.

9.    If you are claiming age discrimination, check one of the following:

___✓___ 60 days or more have passed since I filed my charge of age discrimination with the

Equal Employment Opportunity Commission.

_____fewer than 60 days have passed since I filed my charge of age discrimination with the

Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10.    The conduct complained of in this lawsuit involves (check only those that apply):

_✓_ failure to hire me

_✓_ termination of my employment

_✓_ failure to promote me

____ failure to accommodate my disability

_✓_ terms and conditions of my employment differ from those of similar employees

_✓_ retaliation

_✓_ harassment

____ other conduct (specify):

After they fired Me-they interfe
with my Income-I get being At home,-
And they follow me from compAng to
Company - Retaliation for the complaint Against them
Religion is something they do not have

Did you complain about this same conduct in your charge of discrimination?

☑ Yes                    ☐ No

4

11.     I believe that I was discriminated against because of my (check all that apply):

_✓_ race

_✓_ religion

____ national origin

_✓_ color

_✓_ gender

____ disability

_✓_ age (birth year is: _1960_ )

_✓_ other: I keep myself A person that take care theyselve well - My Religion

Did you state the same reason(s) in your charge of discrimination?

_✓_ Yes                    ____ No

12.     State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

first of All they call they selfs -Teams
-Sex partners- Team exquisite- Orgys
pretend the you Are A manager,
Supervisor, Trainer- by having oral
Sex- playing with each other souls
When turn them down - they get

(Continue to page 6, if additional space is needed.)

5

over

together And Fire You -

that Against My Religion And
my Rights to work (without all
of that Harrassement)

my rights is being infringed on
when I'm been suttle Approach
And that what - was they did At
goodwill industries. Against my Job
I was let go because I would
not go alone with orgys to keep
my Jobs.

They go both ways sexually Stated
by them.
She illegally Called Police on Me. I
Called A lawyer right at that time
before left - I do not have to give
up my moral and Values to work.

(Attach additional sheets as necessary).

13.     The acts set forth in paragraph 12 of this complaint:

☑  are still being committed by the defendant.

☐  are no longer being committed by the defendant.

☑  may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you.  Make no legal arguments;
cite no cases or statutes.

I want my Religious Right in peace - I want
my employment rights in peace - I want to
be financially compensated
And not ever be bother About it ever
Again.   I lost Years of income from it.

14.     Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of
my knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of
litigation; (2) is supported by existing law or by a nonfrivolous argument for extending,
modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if
specifically so identified, will likely have evidentiary support after a reasonable opportunity for
further investigation or discovery; and (4) the complaint otherwise complies with the requirements
of Rule

x Beverly Ama Jackson (McDonald)

7

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __13__ day of __September__, 20 __20__.

Signature of Plaintiff _Beverly Ann Jackson_

8